Jose V. ABANO, Plaintiff–Appellant

v.

Michael CHERTOFF, Secretary, Department of Homeland Security, Defendant–Appellee.

No. 07–40921
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 11, 2008.

Ashok Bail, Ashok Bail, Attorney at Law, Houston, TX, for Plaintiff–Appellant.

Hector Carlos Ramirez, U.S. Attorney's Office, Southern District of Texas, Laredo, TX, for Defendant–Appellee.

Before REAVLEY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Jose Abano brought this Title VII suit against the Department of Homeland Se-

curity, alleging race and national origin discrimination. The district court granted the Department summary judgment, concluding that Abano's suit was not timely. For the reasons set forth in the district court's opinion, we AFFIRM.